UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO

MICHAEL THOMAS,
Individually and on behalf others similarly situated,
    Plaintiff,

 -vs-                                                Case No. 12-02443
                                                          Hon. Dan Aaron Polster

INTELLICORP RECORDS, INC.,
    Defendant.

## **APPEARANCE OF COUNSEL**

       Julie A. Petrik enters her appearance on behalf of the Plaintiff Michael Thomas in this case and requests service of all pleadings and documents in this case.

                                                            Respectfully Submitted,

                                                            By:  <u>s/ Julie A. Petrik</u>
                                                            Julie A. Petrik P47131
                                                            LYNGKLIP & ASSOCIATES
                                                           CONSUMER LAW CENTER, PLC
                                                           Attorney for Michael Thomas
                                                           24500 Northwestern Highway, Ste. 206
                                                          Southfield, MI 48075
                                                          (248)208-8864
                                                          Julie@MichiganConsumerLaw.com

Dated: October 26, 2012