# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL R. THOMAS, individually and on behalf of others similarly situated,** | ) ) ) ) | CASE NO. 1:12CV2443 |
| | ) | JUDGE DAN AARON POLSTER |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **Defendant Intellicorp Records, Inc.'s Motion for Admission of** |
| **INTELLICORP RECORDS, INC.,** | ) ) | **Samantha H. Knox Pro Hac Vice** |
| **Defendant.** | ) | |

Defendant Intellicorp Records, Inc. ("Intellicorp") moves this Court to admit Samantha H. Knox of the law firm of Davis Polk & Wardwell LLP, *pro hac vice*, so that she may serve as co-counsel for Intellicorp in this matter. In accordance with Local Rule 83.5(h) Intellicorp states as follows:

1. Ms. Knox is an active member in good standing of the Bar of the State of California, without any restriction on her eligibility to practice. Ms. Knox is admitted to practice before the Supreme Court of California. Ms. Knox has been a member in good standing since she was first admitted to practice law in California on December 11, 2007. Ms. Knox's California state bar registration number is 254427.

2. Ms. Knox's address, telephone number, facsimile number, and e-mail address are as follows:

> 1600 El Camino Real, Menlo Park, CA 94025
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> E-mail: samantha.knox@davispolk.com

3. Ms. Knox has never been disbarred, suspended, or otherwise reprimanded by the bar of any state or of any other jurisdiction.

4. The declaration of Ms. Knox in support of this Motion for Admission *Pro Hac Vice* is attached as Exhibit A pursuant to Local Rule 83.5(h).

5. The *pro hac vice* admission fee is being paid contemporaneously with the filing of this motion.

Intellicorp, therefore, respectfully requests that this Court permit Samantha H. Knox of the law firm of Davis Polk & Wardwell LLP, to appear on its behalf in this proceeding *pro hac vice*.

Date: December 20, 2012

Respectfully submitted,

/s/*Michael J. Zbiegien, Jr.*
David H. Wallace (0037210)
dwallace@taftlaw.com
Gregory J. O'Brien (0063441)
gobrien@taftlaw.com
Michael J. Zbiegien, Jr. (0078352)
mzbiegien@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707

*Attorneys for Defendant Intellicorp Records, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing was filed through the Court's electronic filing system this 20th day of December, 2012. Notice of this filing will be sent to all parties listed on the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Michael J. Zbiegien, Jr.*
Attorney for Defendant
Intellicorp Records, Inc.

72378175