# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL R. THOMAS, individually and on behalf of others similarly situated,** )<br>)<br>) | **CASE NO. 1:12CV2443** |
| ) | **JUDGE DAN AARON POLSTER** |
| **Plaintiff,** )<br>) | |
| ) | **Defendant Intellicorp Records,** |
| **v.** ) | **Inc.'s Motion for Admission of** |
| ) | **Joel M. Cohen Pro Hac Vice** |
| **INTELLICORP RECORDS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant Intellicorp Records, Inc. ("Intellicorp") moves this Court to admit Joel M. Cohen of the law firm of Davis Polk & Wardwell LLP, *pro hac vice*, so that he may serve as co-counsel for Intellicorp in this matter. In accordance with Local Rule 83.5(h) Intellicorp states as follows:

1. Mr. Cohen is an active member in good standing of the Bars of the State of New York and the District of Columbia, and an inactive member of the Georgia bar. Mr. Cohen is admitted to practice before the New York State Court of Appeals and District of Columbia Court of Appeals. Mr. Cohen has been a member in good standing since he was first admitted to practice law in Georgia on November 13, 1987, District of Columbia on November 14, 1988, and New York on September 14, 1994. Mr. Cohen's state bar registration numbers are: 174385 (Georgia), 416210 (District of Columbia), and 2620441 (New York).

2. Mr. Cohen's address, telephone number, facsimile number, and e-mail address are as follows:

        450 Lexington Avenue, New York, NY 10017
        Telephone:   (212) 450-4000

        Facsimile:   (212) 701-5800
        E-mail:      joel.cohen@davispolk.com

3. Mr. Cohen has never been disbarred, suspended, or otherwise reprimanded by the bar of any state or of any other jurisdiction.

4. The declaration of Mr. Cohen in support of this Motion for Admission *Pro Hac Vice* is attached as Exhibit A pursuant to Local Rule 83.5(h).

5. The *pro hac vice* admission fee is being paid contemporaneously with the filing of this motion.

Intellicorp, therefore, respectfully requests that this Court permit Joel M. Cohen of the law firm of Davis Polk & Wardwell LLP, to appear on its behalf in this proceeding *pro hac vice*.

Date: December 20, 2012

Respectfully submitted,

/s/*Michael J. Zbiegien, Jr.*
David H. Wallace (0037210)
dwallace@taftlaw.com
Gregory J. O'Brien (0063441)
gobrien@taftlaw.com
Michael J. Zbiegien, Jr. (0078352)
mzbiegien@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio  44114-2302
Tel:  (216) 241-2838
Fax: (216) 241-3707

*Attorneys for Defendant Intellicorp Records, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing was filed through the Court's electronic filing system this 20th day of December, 2012. Notice of this filing will be sent to all parties listed on the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Michael J. Zbiegien, Jr.*
Attorney for Defendant
Intellicorp Records, Inc.

72378262