**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PLAINTIFFS MICHAEL R. THOMAS and MARK A. JOHNSON, individually and on behalf of all others similarly situated,** | ) ) ) ) | **Case No.: 1:12CV2443** **Judge Dan Aaron Polster** |
| **Plaintiff,** | ) ) | **INTELLICORP'S INITIAL DISCLOSURES PURSUANT TO** |
| **v.** | ) ) | **FED. R. CIV. P. 26(a)(1) and L.R. - APPENDIX K** |
| **INTELLICORP RECORDS, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

Pursuant to Federal Rule of Civil Procedure 26(a), and Paragraph 2 of the Default Standard for Discovery of Electronically Stored Information (Appendix K to the Local Civil Rules), Defendant Intellicorp Records, Inc. ("Intellicorp"), makes the following initial disclosures.  The disclosures provided herein are based on information reasonably available to Intellicorp at the present time.  Intellicorp's investigation of its claims and defenses is ongoing.  Intellicorp reserves the right to amend and/or supplement these disclosures periodically as additional information becomes available.

Intellicorp hereby expressly reserves all objections on the basis of any applicable privilege or protection to the use of any of the information and documents referenced herein, including without limitation the protections of the attorney-client privilege, the work product doctrine, any other applicable privilege, and the law governing the requirements for the admission of evidence.  In addition, Intellicorp makes no representation or admission concerning the relevance, authenticity or admissibility of any document or category of documents identified in the disclosures.  Intellicorp

reserves the right to object to Plaintiffs' discovery requests on any basis, including without limitation, relevancy, overbreadth, and burden.

**A.      Individuals Likely To Have Discoverable Information — Rule 26(a)(1)(A)(i)**

Intellicorp currently believes that the following individuals or entities may have discoverable information that Intellicorp may use to support its claims or defenses, other than solely for impeachment:

1.      Current and former employees of Intellicorp, who may be contacted through counsel, including:

| Name | Role | Subject of Information |
|---|---|---|
| Kelly Ansboury | Manager, Marketing and Business Development | Intellicorp's products, marketing and business development |
| Todd Carpenter | President | All aspects of Intellicorp's business |
| David Garrett | Director, Applications Delivery | Intellicorp's information technology infrastructure, products, electronic databases, policies and procedures |
| Johhnnie Holifield | Member, Operations/Compliance | Intellicorp's consumer-facing compliance |
| James Javoris | Manager, Sales Team | Intellicorp's products |
| Sheri Lauderback | Manager, Sales Team | Intellicorp's products |
| Larry Meklemburg | Manager, Database Management | Intellicorp's electronic databases |
| Zach Miller | Member, Operations/Compliance | Intellicorp's consumer-facing compliance |

| Name | Role | Subject of Information |
|---|---|---|
| Kelly Novotny | Member, Operations/Compliance | Intellicorp's consumer-facing compliance |
| Jennifer Sebeck | Manager, Operations/Compliance | Intellicorp's policies and procedures, general compliance |
| Jeff Simenc | Manager, Database Build | Intellicorp's electronic databases |
| Matt Somers | Manager, Research and Product Development | Intellicorp's products, research and product development |
| Cheryl Whittington | Manager, Customer Service | Intellicorp's customer service and training material |

2.  Plaintiffs Michael R. Thomas and Mark A. Johnson who may be contacted through their counsel.

3.  Other third party entities, including:

| Name | Address and Telephone Number | Subject of Information |
|---|---|---|
| Best Care Senior Services, d.b.a Scruggs Family Care | 9201 Friars Way Knoxville, TN 37922 (865) 259-7770 | Plaintiff Michael R. Thomas's application for employment |
| Midwest Logistics Systems, Ltd. | 7021 State Route 703 Celina, OH 45822 (419) 584-1414 | Plaintiff Mark A. Johnson's application for employment |
| Intellicorp's vendors | Various | Public records searches |
| Insurance Information Exchange ("iiX") | 1716 Briarcrest Drive Suite 200 Bryan, TX 77802 | Services provided by Intellicorp to iiX; criminal background information provided by Intellicorp to |

3

| | (800) 683-8553 | iiX regarding Plaintiff Mark A. Johnson |
|---|---|---|

**B.**     **Description of Discoverable Documents — Rule 26(a)(1)(A)(ii)**

The following documents, electronically stored information, and tangible things are in Intellicorp's possession, custody, or control and may be used to support Intellicorp's claims or defenses, other than solely for impeachment, during the liability phase of this litigation:

1.     Documents and electronically stored information relating to Intellicorp's products, research and product development.

2.     Documents and electronically stored information relating to Intellicorp's electronic databases.

3.     Documents and electronically stored information relating to Intellicorp's policies and procedures.

4.     Documents and electronically stored information relating to Intellicorp's information technology infrastructure.

5.     Documents and electronically stored information relating to Intellicorp's customer service.

6.     Documents and electronically stored information relating to Intellicorp's marketing and business development.

7.     Documents and electronically stored information relating to Intellicorp's provision of services to iiX.

8.     Documents and electronically stored information relating to the background report prepared by Intellicorp concerning Plaintiff Michael R. Thomas.

4

9.      Documents and electronically stored information relating to the criminal background information Intellicorp provided to iiX concerning Plaintiff Mark A. Johnson.

Based on information reasonably available to Intellicorp at the present time, Intellicorp discloses that the categories of documents described above that are not public records or in the possession, custody or control of Plaintiffs or the third parties listed above are principally located at Intellicorp's headquarters located at 3000 Auburn Drive, Suite 410 Beachwood, OH 44122.  By making the foregoing disclosures, Intellicorp does not concede that all documents relating to the topics described above are relevant to the subject matter involved in this action, or are discoverable under the Federal Rules of Civil Procedure, and expressly reserves the right to object on that basis.

**C.      Damages Computation — Rule 26(a)(1)(A)(iii)**

Intellicorp is not at this time asserting a claim for damages in this action.

**D.      Insurance Agreements — Rule 26(a)(1)(A)(iv)**

Any insurance agreements under which an insurance carrier may be liable to satisfy part or all of a judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy a judgment will be made available for inspection and copying or as otherwise agreed.

**E.      List of Most Likely Custodians of Relevant Electronically Stored Information — L.R. - Appendix K, 2.a.**

Please see the list of individuals identified pursuant to Rule 26(a)(1)(A)(i) (supra).  Intellicorp also identifies Mark Metz, its Manager of Information Technology

Infrastructure, whose duties include managing Intellicorp's IT infrastructure, its e-mail system, and its archive and backup system.

**F.     List of Relevant Electronic Systems — L.R. - Appendix K, 2.b.**

Intellicorp's relevant electronic systems include:

1.      A database containing criminal background information, hosted on a centrally located server;

2.      Live and archived e-mail, hosted on a centrally located server;

3.      Desktop computers, backed up to a centrally located server;

4.      Laptop computers, backed up to a centrally located server;

5.      A virtual desktop environment, hosted on a centrally located server;

6.      A two-sided web-based interface, hosted on a centrally located server:

   (a) www.intellicorp.net, a customer-facing interface that describes and enables customers to purchase Intellicorp's product offerings;

   (b) Researchers National Extranet Reporting System ("RNERS"), a vendor-facing interface through which Intellicorp's third-party vendors submit data that is incorporated into Intellicorp's products;

   (c)  Admin, an internal customer administration system that is used to configure and manage customer accounts;

7.      Salesforce.com, a cloud-based computing service containing customer service information;

8.      A network share drive, backed up to a centrally located server;

9.      A loki drive, backed up to a centrally located server; and

10.     Mobile handheld devices, connected to live e-mail.

6

**G.      Retention Coordinator — L.R. – Appendix K, 2.c.**

David Garrett, Director of Applications Delivery, Intellicorp, will serve as
Intellicorp's retention coordinator.  The electronic information stored in the systems
described above is backed up on a daily, weekly and monthly basis, as part of
Intellicorp's disaster recovery protocol.  Prior to 2010, Intellicorp used back-up tapes to
store this information; two years ago, the company moved to a tapeless system.

**H.      E-Discovery Coordinator — L.R. – Appendix K, 2.d.**

Michael J. Zbiegien, Jr., Partner, Taft Stettinius & Hollister LLP, will serve as
Intellicorp's e-discovery Coordinator.

**I.      Anticipated E-Discovery Problems — L.R. – Appendix K, 2.e.**

Intellicorp believes that it will not be reasonable or necessary or consistent with
Appendix K to search backup tapes in the course of discovery.  Any electronically stored
information contained on these back-up tapes is of limited accessibility, and it would be
unreasonably burdensome and expensive to obtain such information (if it is possible at
all), including because the system from 2010 and before is no longer in use and the
third-party vendor retained by Intellicorp to create and maintain those back-up tapes is
no longer in business and is therefore not in a position to provide necessary technical
support.

Date:  January 29, 2013                    Respectfully submitted,

                                           */s/ David H. Wallace*
                                           David H. Wallace (0037210)
                                           dwallace@taftlaw.com
                                           Gregory J. O'Brien (0063441)
                                           gobrien@taftlaw.com
                                           Taft Stettinius & Hollister LLP
                                           200 Public Square, Suite 3500
                                           Cleveland, Ohio 44114-2302
                                           Phone: (216) 241-2838
                                           Fax: (216) 241-3707

                                           Joel M. Cohen *(admitted pro hac vice)*
                                           joel.cohen@davispolk.com
                                           Davis Polk & Wardwell LLP
                                           450 Lexington Avenue
                                           New York, NY 10017
                                           Phone: (212) 450-4000
                                           Fax: (212) 701-5800

                                           *Counsel for Defendant Intellicorp Records, Inc.*

8

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 29th day of January, 2013, via electronic mail upon the following:

Anthony R. Pecora
apecora@sheffieldlaw.com
Matthew A. Dooley
mdooley@sheffieldlaw.com
Stumphauzer O'Toole McLaughlin
McGlamery & Loughman - S
5455 Detroit Road
Sheffield Village, OH 44054

Julie A. Petrik
juliepetrik@att.net
Ian B. Lyngklip
ianlyngklip@att.net
Lyngklip & Associates Consumer Law
Center, PLC
24500 Northwestern Highway
Suite 206
Southfield, MI  48075

Leonard Bennett
lenbennett@clalegal.com
Consumer Litigation Associates,
Newport News
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 22601

  */s/ David H. Wallace*
Counsel for Defendant

72411934

9