# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL R. THOMAS and MARK A. JOHNSON,<br>Plaintiffs,<br><br>vs.<br><br>INTELLICORP RECORDS, INC..<br>Defendants. | Case No. 1:12CV2443<br><br>Judge Dan Aaron Polster<br><br>**TRANSFER ORDER** |

The above matter is pending before Judge Dan Aaron Polster. Judge Gwin concurs in the transfer of the above-captioned matter.

Therefore, pursuant to Local Civil Rule 3.1(b)(3),

IT IS ORDERED that the Clerk of Court shall transfer the above-captioned matter to the docket of Judge James S. Gwin.

**IT IS SO ORDERED.**

        */s/ Dan Aaron Polster*
**Dan Aaron Polster**
**United States District Judge**

*/s/ James S. Gwin*
James S. Gwin
United States District Judge

March 25, 2013

Case: 1:12-cv-02443-JG Doc #: 26 Filed: 03/25/13 2 of 2. PageID #: 157