# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JANE ROE, individually and on behalf of all others similarly situated,** | CASE NO. 1:12-cv-02288 |
| Plaintiff, | |
| vs. | UNITED STATES DISTRICT JUDGE JAMES S. GWIN |
| **INTELLICORP RECORDS, INC.** | |
| Defendant. | |
| AND | |
| **MICHAEL R. THOMAS and MARK A. JOHNSON, individually and on behalf of all others similarly situated** | CASE NO. 1:12-cv-02443 |
| Plaintiffs, | |
| vs. | UNITED STATES DISTRICT JUDGE JAMES S. GWIN |
| **INTELLICORP RECORDS, INC.** | |
| Defendant. | |
| AND | |
| **MARK A. JOHNSON, individually and on behalf of all others similarly situated,** | CASE NO. 1:13-cv-00616 |
| Plaintiff, | |
| vs. | UNITED STATES DISTRICT JUDGE JAMES S. GWIN |
| **INSURANCE INFORMATION EXCHANGE, LLC,** | |
| Defendant. | |

**ORDER**

This matter is before the Court upon the Parties Joint Motion for Scheduling Order, and upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that:

(1) The Parties file their Stipulation of Settlement within thirty (30) days from the date of this order; and

(2) The Parties file their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice within thirty (30) days after the filing of the Stipulation of Settlement.

ENTERED this __12th__ day of __September__, 2013.

                                                 s/ James S. Gwin
                                                 United States District Court
                                                 Judge James S. Gwin